NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-525

MICHAEL SMITH

VERSUS

BOARD OF SUPERVISORS FOR UNIV. OF LA SYSTEM, ET AL.

**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 73807, DIV. A
HONORABLE ERIC ROGER HARRINGTON, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

AFFIRMED.

Stephen Paul Bruno
Attorney at Law
855 Baronne St.
New Orleans, LA 70113
Counsel for: Plaintiff/Appellee
Michael Smith

**James Earl Calhoun**
**Asst. Attorney General**
**P. O. Box 1710**
**Alexandria, LA 71309-1710**
**(318) 487-5944**
**Counsel for: Defendant/Appellant**
**State of Louisiana, University of Louisiana System**

**Christopher Joseph Aubert**
**Aubert & Christensen**
**506 E. Rutland St.**
**Covington, LA 70433-3219**
**(985) 809-2000**
**Counsel for: Defendants/Appellees**
**Zurich Insurance Co.**
**Schindler Elevator Corp.**